FILED
2016 Apr-27  PM 12:51
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED
2016 APR 27 A 10 58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

Jimmy L. Watkins

Inmate Identification Number: AIS# 276564

_____

(Enter above the full name of the plaintiff
in this action)

Circuit Court   vs.
Judge:
Steven E. Haddock
Court Appointed Lawyers:
Timothy James Kyle
Christy Miller

(Enter above full name(s) of the defendant(s)
in this action)

> NOTICE TO FILING PARTY
>
> It is your responsibility to
> notify the clerk in writing of any
> address change.
>
> Failure to notify the clerk may
> result in dismissal of your case
> without further notice.

CV-16-HA-0683-NE

No Magistrate Recomindations

Jury Trial Requested

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the
       same facts involved in this action or otherwise relating to your imprisonment?
       Yes (   )        No ( ✓ )

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
       same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____

           _____

           Defendant(s): _____

           _____

2. Court (if Federal Court, name the district; if State Court, name the county) **None**

3. Docket number **None**

4. Name of judge to whom case was assigned **None**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **None**

6. Approximate date of filing lawsuit **None**

7. Approximate date of disposition **None**

II. Place of present confinement **Limestone Corr. Facility**

   A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

   C. If your answer is YES:
   1. What steps did you take? **None**
   2. What was the result? **None**

   D. If your answer is NO, explain why not: **I did not have the right material at that present time; and I was violated of my Constitutional Rights.**

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) JIMMY LEE WATKINS

Address LIME STONE CORR. FACILITY 28779 NICK DAVIS ROAD HARVEST ALA. 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant JUDGE STEVEN E. HADDOCK

Is employed as MORGAN COUNTY CIRCUT JUDGE

at MORGAN COUNTY COURT HOUSE : DECATUR AL

C. Additional Defendants (3)

STEVEN E. HADDOCK - JUDGE OF CIRCUT COURT

CHRISTY MILLER - COURT APPOINTED LAWYER

TIMOTHY JAMES KYLE - COURT APPOINTED LAWYER

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON NOVEMBER 16, 2010, I JIMMY WATKINS WAS SENTENCED TO A 20 SPLIT(S) / 10 YEARS PROBATION. MY CHARGE WAS NOT BY THE SENTENCING GUIDLINES ACCORDING TO THE ALA CODE OF LAW (1975) AN I WAS BEING UNWILLFULLY HELD AND ALSO I WAS, AND STILL TILL THIS DAY I AM SUFFERING ~~~~~~~~~~~~. ITS TRUTHFUL STATED FACTS THAT I WAS ONLY SUSPOSE TO REC-

4

V.

5 YEAR NO MORE THAN THAT ON PROBATION. THE JUDGE AND TWO LAWYERS KNEW THE WHOLE TIME THAT I WAS ON AN ILE-GAL SENTENCE. BY YOUR HELP CAN YOU ALL ASSIST ME IN GETTING SOME SUPPORT TO FILE MY LAWSUIT??? PLEASE? MY SENTENCE ALSO DOES NOT ADD UP TO ITS RANGE & GUID LINES,

RELIEF I WAS A CO-DEFENDANT & I DID NOT HAVE NO WEAPON NEITHER & NO ONE WAS HURT.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WOULD LIKE TO FILE A LAWSUITE FOR BEING UNWILLFULLY HELD FOR A PERIOD OF TIME, DAYS OF MY LIFE THAT I CAN NOT GET BACK AND LOSS OF SUPPORT ADDITIONALLY. ALSO LOSS OF FAMILY MEMBERS, AND FOR INSULTS ON MY INTELLIGENCE. I WOULD LIKE TO FILE A LAWSUIT FOR NO MORE THAN: 80,000 "AND NO LESS THAN " $ 30,000 IF YOU ALL INVESTIGATE & FIND MORE PLEASE IN JESUS NAME HELP ME OUT..
JEREMIAH 16:16-18                                    GOD BLESS YOU

I declare under penalty of perjury that the foregoing is true and correct.

Executed on APRIL 20, 2016

SIGNATURE: Jimmy J. W[illegible]

ADDRESS: LIMESTONE CORR FACILITY
28779 NICK DAVIS RD.
HARVEST AL. 35749

AIS # 276564

X [signature]
NOTARY PUBLIC
Comm Exp. 10/30/17

5